```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                            CASE NO. 07 B 08521
   EZZARD M CHARLES
   INETTA L CHARLES                               CHAPTER 13

                                                  JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-8561     SSN XXX-XX-2798
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

     The case was filed on 05/09/2007 and was confirmed 08/01/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured creditors 10.00%.

     The case was converted to chapter 7 after confirmation 10/02/2007.

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| AMC MORTGAGE SERVICES | CURRENT MORTG | .00 | .00 | .00 |
| AMC MORTGAGE SERVICES | MORTGAGE ARRE | .00 | .00 | .00 |
| CREDIT ACCEPTANCE CORP | SECURED VEHIC | 239.47 | 10.53 | 239.47 |
| MB FINANCIAL | CURRENT MORTG | .00 | .00 | .00 |
| ADVOCATE HEALTH CENTERS | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN INVESTMENT BANK | UNSECURED | NOT FILED | .00 | .00 |
| ANOINTED HIGH PARTNERS L | UNSECURED | NOT FILED | .00 | .00 |
| APPLIED CARD BANK | UNSECURED | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 359.56 | .00 | .00 |
| BENJAMIN GRUBER | UNSECURED | NOT FILED | .00 | .00 |
| BLUEGREEN | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE | UNSECURED | 466.46 | .00 | .00 |
| CAPITAL ONE | UNSECURED | 1503.41 | .00 | .00 |
| CASHCALL INC | UNSECURED | NOT FILED | .00 | .00 |
| CHARTER ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CHECK N GO | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | 1490.41 | .00 | .00 |
| COLLECT SYS | UNSECURED | NOT FILED | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT ACCEPTANCE CORP | FILED LATE | .00 | .00 | .00 |
| CREDIT MANAGEMENT INC | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 1791.28 | .00 | .00 |
| COL/DEBT COLLECTION SYST | UNSECURED | NOT FILED | .00 | .00 |
| F&W LLC | UNSECURED | NOT FILED | .00 | .00 |
| GC SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| HERITAGE PEDIATRICS | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 1131.95 | .00 | .00 |
| ILLINOIS DEPARTMENT OF U | UNSECURED | 1425.00 | .00 | .00 |
| LVNV FUNDING | UNSECURED | NOT FILED | .00 | .00 |
| MEDICO DIAGNOSTIC IMAGIN | UNSECURED | NOT FILED | .00 | .00 |
| MERCY HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| DR MICHAEL GUTHRIE DDS | UNSECURED | NOT FILED | .00 | .00 |

```
MIRACLE FINANCIAL           UNSECURED         NOT FILED              .00             .00
NATIONAL ACTION FINANCIA    UNSECURED         NOT FILED              .00             .00
NCO FIN/99                  UNSECURED         NOT FILED              .00             .00
AT&T WIRELESS               UNSECURED            340.37              .00             .00
PEOPLES GAS LIGHT & COKE    UNSECURED           1042.95              .00             .00
RECEIVABLE PERFORMANCE      UNSECURED         NOT FILED              .00             .00
ROUNDUP FUNDING LLC         UNSECURED            465.44              .00             .00
SPRINT-NEXTEL CORP          UNSECURED           1997.57              .00             .00
ROUNDUP FUNDING LLC         UNSECURED            683.95              .00             .00
TRUELOGIC FINANCIAL CORP    UNSECURED         NOT FILED              .00             .00
VERIZON WIRELESS            UNSECURED             29.45              .00             .00
MB FINANCIAL                COST OF COLLE         .00                .00             .00
ROBERT J SEMRAD & ASSOC     DEBTOR ATTY       2,934.00                          1,483.05
TOM VAUGHN                  TRUSTEE                                               127.16
DEBTOR REFUND               REFUND                                                180.14

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                   2,040.35

PRIORITY                                           .00
SECURED                                         239.47
      INTEREST                                   10.53
UNSECURED                                          .00
ADMINISTRATIVE                                1,483.05
TRUSTEE COMPENSATION                            127.16
DEBTOR REFUND                                   180.14
                         ---------------    ---------------
TOTALS                    2,040.35            2,040.35
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 01/23/08                _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                            PAGE   2
            CASE NO. 07 B 08521 EZZARD M CHARLES & INETTA L CHARLES